[No. 47439-5-II.   Division Two.   August 9, 2016.]

LARRY HOFFMAN ET AL., *Appellants*, v. GENERAL ELECTRIC COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-07178-2, Kitty-Ann van Doorninck, J., entered March 25, 2015. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47606-1-II.   Division Two.   August 9, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. GARRETT SYFRETT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-02430-4, Robert A. Lewis, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Maxa, JJ.

[No. 32993-3-III.   Division Three.   August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE ARREDONDO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00333-4, John M. Antosz, J., entered December 15, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 33078-8-III.   Division Three.   August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE W. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-03415-9, John O. Cooney, J., entered January 12, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.